# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE THOMPSON,<br><br>           Petitioner,<br>    vs.<br>MICHAEL MARTEL, Warden,<br><br>           Respondent. | Case No. CV 10-5960 SJO (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of Petitioner's previous objections to the original Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing this action with prejudice.

DATE: February 13, 2012.

_____
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE