UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE THOMPSON,<br><br>                Petitioner,<br>      vs.<br>MICHAEL MARTEL, Warden,<br><br>                Respondent.<br>_____ | Case No. CV 10-5960 SJO (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

February 13 , 2012.

DATE: _____          _____
                             HON. S. JAMES OTERO
                             UNITED STATES DISTRICT JUDGE